# Court of Appeals
# of the State of Georgia

ATLANTA,  July 27, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2089.  HEATH v. THE STATE.**

This Court's "Notice of Docketing" in the captioned case provided notice to the pro se Appellant that the case was docketed in this Court on June 15, 2012, and that "Appellant's brief (including an Enumeration of Errors as Part II) shall be filed within 20 days of the date on this docketing notice."  In accordance with the "Notice of Docketing" and the Rules of this Court, the Appellant's brief and enumeration of errors was due to be filed no later than July 5, 2012.  Court of Appeals Rule 23 (a). Because Appellant did not timely file a brief and enumeration of errors by July 5, 2012, nor did Appellant obtain an extension of time for filing, this appeal is **dismissed**.  *Whittle v. State*, 210 Ga. App. 841 (437 SE2d 842) (1993); Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 07/27/2012
    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*